


# United States District Court
# Eastern District of California

KENNETH LEVI PACK, MIN JI JUNG

Plaintiff(s)

V.

Johnson & Johnson Consumer Companies

Defendant(s)

Case Number: 2:23-cv-01965-TLN-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Baldassare Vinti hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Church & Dwight Co., Inc.

On 3/22/2000 (date), I was admitted to practice and presently in good standing in the New York State (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/7/2023 Signature of Applicant: /s/ Baldassare Vinti

**Pro Hac Vice Attorney**

Applicant's Name: Baldassare Vinti

Law Firm Name: Proskauer Rose LLP

Address: 11 Times Square

City: New York State: NY Zip: 10036

Phone Number w/Area Code: 212-969-3249

City and State of Residence: Port Washington, New York

Primary E-mail Address: BVinti@proskauer.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jennifer L. Roche

Law Firm Name: Proskauer Rose

Address: 2029 Century Park East

Suite 2400

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: 310-284-5635 Bar # 254538

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/22/2023

JUDGE, U.S. DISTRICT COURT